ACCEPTED
04-14-00658-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/16/2015 3:45:31 PM
KEITH HOTTLE
CLERK

**APPEAL NO. 04-14-00658-CR**
**TRIAL CAUSE NO. 365341**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/16/2015 3:45:31 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **FOURTH SUPREME JUDICIAL** |
| **JAMES E. SALDANA** | § | **DISTRICT OF TEXAS** |

**FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

Now comes JAMES E. SALDANA, Appellant in the above styled and numbered cause, and moves this Court to grant this Motion asking that the Court extend the time for filing the Appellant's brief in this cause and would show the following:

I.

The case is on appeal from the County Court at Law No. 12, Bexar County, Texas.

II.

The style and number of the case in the trial court is: The State of Texas v. JAMES E. SALDANA, Cause No. 365341.

III.

The Appellant was convicted of the offense of Driving While Intoxicated.

IV.

Appellant was sentenced to 1 Year Probation on August 13, 2014.

V.

The Clerk's Record and the Reporter's Record was filed on January 5, 2015. The present

deadline for filing the Appellant's brief is February 5, 2015.

VI.

The Appellant seeks an extension of time of an additional 60 days until April 1, 2015 in which to file Appellant's Brief.

VII.

This is the Appellant's first motion for extension of time to file the Appellant's brief. This extension is not sought for the purpose of delaying this appeal.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Motion for Extension of Time to file Appellant's brief until April 1, 2015.

Respectfully submitted,

/S/JAMES C. OLTERSDORF
JAMES C. OLTERSDORF
HERITAGE PLAZA BLDG.
410 S. MAIN, SUITE 205
San Antonio, Texas 78204
(210) 646-8627
Bar No. 15278630
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing First Motion For Extension Of Time To File Appellant's Brief was delivered to the Bexar County District Attorney's Office, Paul Elizondo Tower, 4th Floor, 101 W. Nueva, San Antonio, Texas  78205, on February 18, 2015.

/S/JAMES C. OLTERSDORF
JAMES C. OLTERSDORF
ATTORNEY FOR APPELLANT